COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: | | No. 08-11-00007-CV |
| | § | |
| SMITH INTERNATIONAL, INC., | | AN ORIGINAL PROCEEDING IN |
| | § | |
| RELATOR. | | MANDAMUS |
| | § | |
| | § | |

## <u>MEMORANDUM  OPINION</u>

Pending before the Court is an unopposed motion to dismiss this original proceeding. The motion is granted, and the proceeding is dismissed.  Our previous order staying the trial is vacated, and the motion for extension of time to respond to the mandamus petition is denied as moot.


April 13, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.